UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
EASTERN DIVISION

Terrance Fuller

v.                                                                 Case No:  3:24-cv-130

City of Devils Lake, et. al

**CLERK'S MINUTES**
Proceeding:  Status Conference
(via telephone)

| | |
|---|---|
| Presiding Judge: U.S. Magistrate Judge Alice R. Senechal | Date:  April 24, 2025 |
| Deputy Clerk: Sarah Lien | Time: 10:07 am |
| Law Clerk: Not Present | Recess: 10:14 am |
| Digital Recorder: 250424-000.mp3 (JS Chambers Recorder) | |

Counsel for Plaintiff:  Joshua Levin and Tatum O'Brien
Counsel for Defendants *City of Devils Lake* and *Officer Chad Engen*:  Joseph Quinn
Counsel for Defendant *Former Detective Brandon Potts*: Howard Swanson

---

Court calls case and counsel note appearances.

Attorney Levin provides status of Discovery and anticipates an extension of deadlines.

Attorney Quinn notes his office is currently working on redactions for some discovery to be exchanged.

Attorney Swanson states parties are not on track with deadlines currently set.

Court asks parties to submit a stipulation to extend deadlines and reminds parties the trial is generally set 6 months beyond the dispositive motion deadline.  Court notes a scheduling conference can be scheduled if parties are unable to reach agreement on new deadlines.

Recess.